UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

|  |  |
|---|---|
| 400 East Palmetto Park Road, LLC, | Case No:  12-31828-EPK |
| Debtor. | Chapter 11 |
| _____/ | |

|  |  |
|---|---|
| 400 East Palmetto Park Road, LLC, | Adv. Pro. _____ |
| Plaintiff. | |

v.

James H. Batmasian and Marta Batmasian,

Defendants,

_____/

## ADVERSARY COMPLAINT

400 East Palmetto Park Road, LLC (the "Plaintiff") hereby sues defendants, James H. Batmasian and Marta Batmasian ("Defendants"), and alleges as follows:

### JURISDICTION AND VENUE

1.      This adversary proceeding is brought in connection with the Plaintiff's above-referenced Chapter 11 bankruptcy case filed under Title 11, now pending before this Court.

2.      The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334.

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      This is an adversary proceeding for turnover and accounting of property of the estate pursuant to 11 U.S.C. § 542(a).

{1716/000/00133337}

5.      This adversary proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), and (E).

## BACKGROUND AND GENERAL ALLEGATIONS

6.      The Plaintiff is a Florida limited liability company.

7.      Upon information and belief, the Defendants reside in Florida.

8.      The Plaintiff filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code the ("Bankruptcy Code") on September 12, 2012 (the "Petition Date").

9.      The Plaintiff's primary asset is commercial real property located at 400 East Palmetto Park Road, Boca Raton, Florida 33432 (the "Property").

10.     As of the Petition Date, two non-related entities or individuals leased space in the Property, and an Insider Tenant (defined below) leased space in the Property.

11.     The Property is encumbered by a mortgage held by the Defendants. The Plaintiff reserves the right to challenge the validity, priority and extent of the Defendant's liens against the Plaintiff's assets.

12.     Prior to the Petition Date, on or about July 10, 2010, the Defendants initiated a foreclosure action against the Property in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida (the "State Court"), case number: 502010CA018173.

13.     As of the Petition Date, the State Court had not entered a foreclosure judgment.

14.     On or about April 11, 2012, the Defendants filed a *Motion for Writ of Possession for Violation of Order to Show Cause Pursuant to Florida Statute §702.10(2)* with the State Court stating that the Plaintiff and Gregory Talbott failed to make the monthly payments of $13,125.00 as required by court order.

15.     On or about September 5, 2012, the State Court entered an *Order on Plaintiffs'*

*Motion for Writ of Possession for Violation of Order to Show Cause Pursuant to Florida Statute*

*§702.10(2)*, which granted the aforementioned motion.

16.     On or about September 5, 2012, the State Court issued three writs of possession

against the Plaintiff, Gregory Talbott, and Talbott Realty, Inc.  A copy of the writs of possession

is attached hereto as composite **EXHIBIT A**.

17.     Gregory Talbott and/or Talbott Realty, Inc. are tenants of the Property (together,

the "Insider Tenant").

18.     Gregory Talbott is the manager and owner of the Plaintiff, and Gregory Talbott is

related to Talbott Realty, Inc.

19.     The writs of possession provided that the sheriff was commanded to remove the

Plaintiff and the Insider Tenant from the Property "after twenty-four (24) hours notice

conspicuously posted on the premises."

20.     Notice was <u>not</u> conspicuously posted on the Property for twenty-four (24) hours.

21.     Instead, on the morning of September 12, 2012, without the required notice, the

sheriff changed the locks to the Property, which effectively provided Defendants possession of

the Property, and prevented the Plaintiff and the Insider Tenant's entry into the Property.

22.     Due to the lack of notice, the Plaintiff and the Insider Tenant did not have an

opportunity to remove any assets, including documents and other property required for daily

business operations.

23.     To date, upon information and belief, the Defendants retain possession, custody

and control of the Property and all other assets of the Plaintiff that remain within the Property

(collectively, the "Estate Property").

24.     As of the Petition Date, the Plaintiff had legal and/or equitable interests in the Estate Property.

25.     As of the Petition Date, the Plaintiff had the right to use, sell or lease the Estate Property.

26.     Upon information and belief, there is no anticipated diminution of value to the Property.

27.     The Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee for their services.

## COUNT I – TURNOVER OF PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 542(a)

28.     The Plaintiff realleges and readopts the allegations set forth in paragraphs 1 through 27 as fully set forth herein.

29.     Section 542(a) of the Bankruptcy Code provides that "an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate." 11 U.S.C.A. § 542 (West).

30.     The Defendants are in possession, custody or control of the Estate Property.

31.     The Defendants have failed to turnover the Estate Property to the Plaintiff.

32.     Therefore, the Plaintiff is entitled to turnover of the Estate Property under 11 U.S.C. § 542(a).

## COUNT II – ACCOUNTING OF PROPERTY OF THE ESTATE
## UNDER 11 U.S.C. § 542(a)

33.     The Plaintiff realleges and readopts the allegations set forth in paragraphs 1 through 32 as fully set forth herein.

34.     Section 542(a) of the Bankruptcy Code provides that "an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate." 11 U.S.C.A. § 542 (West).

35.     The Defendants are in possession, custody or control of the Estate Property.

36.     The Defendants have failed to provide the Plaintiff an accounting for the Estate Property.

37.     Therefore, the Plaintiff is entitled to an accounting of the Estate Property under 11 U.S.C. § 542(a).

**WHEREFORE**, the Plaintiff, 400 East Palmetto Park Road, LLC, demands the entry of a judgment in its favor finding and determining that the Defendants are required to immediately turn over the Estate Property to the Plaintiff and to provide an accounting of the Estate Property to the Plaintiff, and for such other and further relief the Court deems just and proper, including reasonable costs and attorneys' fees to the fullest extent allowed by law.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for Plaintiff
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@sfl-pa.com
Email: blee@sfl-pa.com

By: /s/Bradley S. Shraiberg
      Bradley S. Shraiberg
      Fla. Bar No. 121622
      Bernice C. Lee
      Florida Bar No. 0073535

# EXHIBIT A

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No. 502010CA005274XXXXMBAN
Consolidated with Case Nos. 502010CA018173XXXXMBAN *
502010CA018176XXXXMBAN
502010CA018184XXXXMBAN
502010CA020697XXXXMBAN
502012CA000604XXXXMBAN

James H. Batmasian and Marta Batmasian,

    Plaintiffs,

v.

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

    Defendants.

_____/

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

    Counter-Plaintiffs,

v.

James H. Batmasian and Marta Batmasian,

    Counter-Defendants.

_____/

**\* Order pertains to this case**

## WRIT OF POSSESSION

STATE OF FLORIDA:

TO THE SHERIFF OF PALM BEACH COUNTY:

    YOU ARE COMMANDED to remove 400 EAST PALMETTO PARK ROAD, LLC,

from the following described property in Palm Beach County, Florida:

    400 East Palmetto Park Road, Boca Raton, Florida 33432, Suite 426

and to put JAMES H. BATMASIAN and MARTA BATMASIAN, or their agents, in full and

immediate possession and to take with you the force of the County, if same is required, after

twenty-four (24) hours notice conspicuously posted on the premises.

WITNESS MY HAND and seal of this Court on _____Sept 10th_____, 2012.

SHARON R. BOCK
Clerk & Comptroller

By: _____
Deputy Clerk
Julie Zinzel

TO THE SHERIFF OF PALM BEACH COUNTY:
Please contact Plaintiff's counsel, George L. Sigalos, Esq., (561) 447-0017, whose address is: Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33431.

Copies furnished to:
George L. Sigalos, Esq., Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33432
C. Brooks Ricca, Jr., Esq., C. Brooks Ricca, Jr. & Associates, P.A., The Barristers Building, 1615 Forum Place, Suite 200, West Palm Beach, FL 33401
Joseph L. Thillman, Esq., Gerstin & Associates, 40 S.E. 5th Street, Suite 610, Boca Raton, FL 33432

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No. 502010CA005274XXXXMBAN
Consolidated with Case Nos. 502010CA018173XXXXMBAN *
502010CA018176XXXXMBAN
502010CA018184XXXXMBAN
502010CA020697XXXXMBAN
502012CA000604XXXXMBAN

James H. Batmasian and Marta Batmasian,

      Plaintiffs,

v.

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

      Defendants.

_____/

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

      Counter-Plaintiffs,

v.

James H. Batmasian and Marta Batmasian,

      Counter-Defendants.

_____/

* Order pertains to this case

**WRIT OF POSSESSION**

STATE OF FLORIDA:

TO THE SHERIFF OF PALM BEACH COUNTY:

      YOU ARE COMMANDED to remove GREGORY K. TALBOTT from the following

described property in Palm Beach County, Florida:

      400 East Palmetto Park Road, Boca Raton, Florida 33432, Suite 426

and to put JAMES H. BATMASIAN and MARTA BATMASIAN, or their agents, in full and

immediate possession and to take with you the force of the County, if same is required, after

twenty-four (24) hours notice conspicuously posted on the premises.

WITNESS MY HAND and seal of this Court on ___Sept. 10th___, 2012.

SHARON R. BOCK
Clerk & Comptroller

By: _____
Deputy Clerk

Julie Zinzel

TO THE SHERIFF OF PALM BEACH COUNTY:
Please contact Plaintiff's counsel, George L. Sigalos, Esq., (561) 447-0017, whose address is: Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33431.

Copies furnished to:
George L. Sigalos, Esq., Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33432
C. Brooks Ricca, Jr., Esq., C. Brooks Ricca, Jr. & Associates, P.A., The Barristers Building, 1615 Forum Place, Suite 200, West Palm Beach, FL 33401
Joseph L. Thillman, Esq., Gerstin & Associates, 40 S.E. 5th Street, Suite 610, Boca Raton, FL 33432

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No. 502010CA005274XXXXMBAN
Consolidated with Case Nos.502010CA018173XXXXMBAN *
502010CA018176XXXXMBAN
502010CA018184XXXXMBAN
502010CA020697XXXXMBAN
502012CA000604XXXXMBAN

James H. Batmasian and Marta Batmasian,

    Plaintiffs,

v.

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

    Defendants.
_____/

Boca Post Office, LLC, a Florida limited
liability company, and Gregory K. Talbott,
individually,

    Counter-Plaintiffs,

v.

James H. Batmasian and Marta Batmasian,

    Counter-Defendants.
_____/

* pertains to this case

## WRIT OF POSSESSION

STATE OF FLORIDA:

TO THE SHERIFF OF PALM BEACH COUNTY:

        YOU ARE COMMANDED to remove TALBOTT REALTY, INC., from the following

described property in Palm Beach County, Florida:

        400 East Palmetto Park Road, Boca Raton, Florida 33432, Suite 426

and to put JAMES H. BATMASIAN and MARTA BATMASIAN, or their agents, in full and

immediate possession and to take with you the force of the County, if same is required, after

twenty-four (24) hours notice conspicuously posted on the premises.

8340

WITNESS MY HAND and seal of this Court on _Sept. 7th_, 2012.

SHARON R. BOCK
Clerk & Comptroller

By: _____
Deputy Clerk Julie Zinzel

TO THE SHERIFF OF PALM BEACH COUNTY:
Please contact Plaintiff's counsel, George L. Sigalos, Esq., (561) 447-0017, whose address is: Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33431.

Copies furnished to:
George L. Sigalos, Esq., Simon & Sigalos LLP, 3839 N.W. Boca Raton Blvd, Suite 100, Boca Raton, FL 33432
C. Brooks Ricca, Jr., Esq., C. Brooks Ricca, Jr. & Associates, P.A., The Barristers Building, 1615 Forum Place, Suite 200, West Palm Beach, FL 33401
Joseph L. Thillman, Esq., Gerstin & Associates, 40 S.E. 5th Street, Suite 610, Boca Raton, FL 33432